# THE WEITZ LAW FIRM, P.A.

Bank of America Building<br>
18305 Biscayne Blvd., Suite 214<br>
Aventura, Florida 33160

September 8, 2023

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/11/23
```

**VIA CM/ECF**
Honorable Judge Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street - Courtroom 18C
New York, NY 10007

      Re:    Girotto v. Artemide Inc., et al.
             Case 1:23-cv-04736-MKV

Dear Judge Vyskocil:

      The undersigned represents the Plaintiff in the above-captioned case matter. The Initial Pretrial Conference in this matter is currently scheduled for September 15, 2023 at 10:00 a.m., in your Honor's Courtroom. Landlord/Defendant Grand Greene LLC has appeared in this matter. Further, the undersigned has been contacted by a representative for Tenant/Defendant Artemide Inc. However, that representative is not the litigator for Artemide Inc.

      In order to allow additional time for the litigator attorney for Tenant/Defendant to be hired and appear in this matter, a 30-day adjournment of the Conference is hereby respectfully requested to a date most convenient to this Honorable Court. The undersigned conferred with the appearing counsel for Grand Greene LLC who has consented to the motion herein.

      Thank you for your consideration of this first adjournment request.

Sincerely,

By: /S/   B. Bradley Weitz
    B. Bradley Weitz, Esq. (BW9365)
    THE WEITZ LAW FIRM, P.A.
    Attorney for Plaintiff
    Bank of America Building
    18305 Biscayne Blvd., Suite 214
    Aventura, Florida 33160
    Telephone: (305) 949-7777
    Facsimile:  (305) 704-3877
    Email: bbw@weitzfirm.com

Granted.

The Initial Pre Trial Conference in this matter is adjourned to October 20th at 11am. Parties are instructed to dial in to 646 453-4442 and use conference ID 877 274 809#.
SO ORDERED.

Date: 9/11/23
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge